IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

OASIS BOAT YARD AND MARINA, )
)
v. ) CASE NO. CV415-024
)
THE VESSEL, DAS XADWV, her )
engines, tackle, apparel, )
furniture and furnishings, )
equipment, and appurtenances, )
in rem, )
)
    Defendant. )
_____)

### O R D E R

On February 2, 2015, Plaintiff filed its Verified Complaint (Doc. 1) as well as a Motion for Warrant for Arrest in Rem (Doc. 4). In its motion, Plaintiff requests the issuance of a warrant of arrest pursuant to Supplemental Rule C for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure[1] for the Defendant Vessel, Das Xadwv, as well as "her boats, tackle, apparel and furniture, engines and appurtenances." (Id. at 1.) The complaint also states that the Defendant Vessel is currently

---

[1] Plaintiff also purports to make the request "[i]n accordance with . . . Local Admiralty Rule 7.03" and includes a notice, presumably intended for inclusion in the warrant of arrest, detailing how a party could claim an interest in the vessel following arrest. While it is not entirely clear, Plaintiff appears to be referencing the Middle District of Florida's local rules. As these rules are not applicable to this Court, the Warrant for Arrest shall comply with this Southern District of Georgia's local rules.

located in the Southern District of Georgia at Thunderbolt Marina in Savannah, Georgia.

Upon examining Plaintiff's Verified Complaint, the Court finds that the conditions for an action under Supplemental Admiralty Rule C and Rule E appear to exist. Accordingly, Plaintiff's Motion (Doc. 4) is **GRANTED** and the Clerk of Court is **DIRECTED** to issue the Warrant of Arrest in this action. Supplemental process enforcing the Court's Order may be issued by the Clerk of Court upon application without further order of the Court. Plaintiff shall be responsible for paying all expenses associated with the arrest and custody of the vessel while under arrest.[2] It is also **ORDERED** that any person claiming an interest in the arrested property shall, upon application to the Court, be entitled to a prompt hearing at which Plaintiff shall be required to show why the arrest should not be vacated or other relief granted.

SO ORDERED this 9th day of February 2015.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[2] Alternate arrangements may be made if Plaintiff wishes to proceed with a private custodian. Plaintiff is encouraged to discuss this matter with the U.S. Marshal.

2