IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| OASIS BOAT YARD AND MARINA, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) CASE NO. CV415-024<br>) |
| THE VESSEL, DAS XADWV, her engines, tackle, apparel, furniture and furnishings, equipment, and appurtenances, in rem, | )<br>)<br>)<br>)<br>)<br>) |
| Defendant. | )<br>) |

# O R D E R

Before the Court is Plaintiff's Notice of Voluntary Dismissal. (Doc. 11.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Because Defendant has not filed an answer in this case, this action is **DISMISSED** as requested by Plaintiff. The Marshal is **DIRECTED** to release Defendant Vessel, Das Xadwv, pursuant to S.D.L.A.R. 11(a)(5). The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 20th day of April 2015.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA